GERALD SINGLETON (SBN 208783)
BRODY A. McBRIDE (SBN 270852)
TRENTON G. LAMERE (SBN 272760)
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:   (760) 697-1330
Fax:   (760) 697-1329
Email:   gerald@SLFfirm.com
         brody@SLFfirm.com
         trenton@SLFfirm.com

MARC APPLBAUM, (SBN 222511)
KETTNER LAW CORP
2150 West Washington Street, Suite 104
San Diego, CA 92110
Tel: (619) 756-7300
Fax: (619) 363-3944
Email: marc@kettnerlawcorp.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KENDRICK, individually, and as successor in interest to her now deceased husband, GARY KENDRICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, San Diego Sheriff WILLIAM GORE, San Diego Sheriff's Deputy STEVEN BLOCK, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 3:15-cv-2615-GPC-AGS<br><br>**NOTICE OF SETTLEMENT** |

/ / /

/ / /

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties have entered into settlement agreement in this matter that will resolve this case in its entirety. The San Diego County Board of Supervisors has already approved this settlement agreement.

Dated: March 26, 2020                    SINGLETON LAW FIRM, APC

By:   *s/Brody A. McBride*
         Brody A. McBride, Esq.

Attorneys for Plaintiff