# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA KENDRICK, individually, and as successor in interest to her now deceased husband, GARY KENDRICK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, San Diego Sheriff WILLIAM GORE, San Diego Sheriff's Deputy STEVEN BLOCK, and DOES 1 through 50,<br><br>Defendants. | Case No. 3:15-cv-2615-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S REMAINING CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |

Having considered the parties' Joint Motion to Dismiss, the Court hereby GRANTS the joint motion. Plaintiff's remaining claims and causes of action against Defendants are hereby DISMISSED with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: May 18, 2020

Hon. Gonzalo P. Curiel
United States District Judge